No. 80–5096. RAUB v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–5117. ELLIS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 80–5186. PATTERSON v. GARRINGTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 80–5203. PHILLIPS v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 80–5207. DAVIS v. STEPHENSON, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–5244. QUIGG v. CRIST, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 80–5264. MONTGOMERY v. NATIONAL MULTIPLE SCLEROSIS SOCIETY. C. A. D. C. Cir. Certiorari denied.

No. 80–5267. NORRIS v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 80–5271. ROACH v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 80–5292. CLARK v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 80–5293. BOYD v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–5333. MAYES v. SOWDERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 80–5340. MEIER v. HUGHES TOOL CO. C. A. 10th Cir. Certiorari denied.